# Exhibit 60

----- Forwarded Message -----
**From:** "Phillips, Sandra" <sphillips@gannett.com>
**To:** "spicyusa19@yahoo.com" <spicyusa19@yahoo.com>
**Sent:** Wed, Feb 19, 2014 at 6:20 PM
**Subject:** FW: Internal Job Posting:  Email/Chat Customer Service Representative


Sandra Phillips

Chat/Email Team Supervisor

Gannett Co., Inc.

502-333-7809

502-333-7810 fax #

---

**From:** Smith, Melissa
**Sent:** Friday, February 14, 2014 3:49 PM
**To:** COELOU-ALL
**Subject:** Internal Job Posting: Email/Chat Customer Service Representative


**The Gannett CSC currently has openings for the position of At-Home Email/Chat Customer Service Representative.**

**Employees who are interested and qualified for the position should apply on-line at www.gannett.com and search for "Email/Chat Customer Service Representative" (requisition # 25804) under the career section.**

**All applicants are encouraged to apply as soon as possible. Interviews will begin next week and run through end of month.  Closing date for application is close of business, Friday, February 21, 2014.**

**All internal candidate should notify their immediate supervisor if they are applying. Self-nomination forms will not be accepted for this position.**


# JOB POSTING

**Email/Chat Customer Service Representative – CSC Louisville – Reports to Louisville CSC Email/Chat Supervisor**

## Description:

Email/Chat Customer Service Representatives are primary points of contact for our customers and are key to our organization's success. As a GCSC Email/Chat Customer Service Representative you'll spend your day communicating with customers over email and chat, providing assistance with their print and digital newspaper subscriptions. You'll utilize your communication skills to determine customer issues or needs, and use interpersonal skills and control techniques to complete each email/chat with a positive resolution in our one-interaction resolution environment.

## Qualifications:

- High School diploma or equivalent, some college preferred
- 6 months of call center or customer service experience a plus
- Excellent communication and persuasion skills
- Strong written communication skills
- Ability to type 35 or more WPM
- Creative problem solving skills
- Experience working in fast paced environment
- Proficiency with Windows based applications
- Ability to work flexible schedule, including weekends and holidays. Must be dependable and consistently punctual for all scheduled shifts.

Melissa Smith

HR Business Partner

Gannett Consumer Solution Center

525 W. Broadway, Louisville, KY 40202

Office:  502.333.7847

Fax:  502.333.7815

**GANNETT**
Publishing Services

