# Exhibit 61

----- Forwarded Message -----
**From:** "Turner, Deborah" <dturner5@ad.gannett.com>
**To:** "spicyusa19@yahoo.com" <spicyusa19@yahoo.com>
**Sent:** Fri, Nov 4, 2011 at 5:15 PM
**Subject:** FW: Attendance Policy Q & A

**From:** Smith, Melissa
**Sent:** Friday, November 04, 2011 2:48 PM
**To:** COELOU-ALL
**Subject:** FW: Attendance Policy Q & A

**From:** Smith, Melissa
**Sent:** Friday, June 10, 2011 1:22 PM
**To:** COELOU-ALL
**Subject:** Attendance Policy Q & A

All,

Many of you have approached me with questions regarding the attendance policy as their appears to be a stream of misinformation out of the call center floor. In an effort to resolve this, I have put together a Q & A regarding our company attendance policy. I have also attached a copy of the company attendance policy for you to review. If you have questions please ask a supervisor or manager for clarification.

**Q:  What is a tardy?**
**A:**  Tardiness is defined as employees not being at their workstations and logged in at their scheduled start time or return from lunch or break periods, for a period of up to one (1) hour.  There is not a grace period for tardiness.  All employees are expected to be at their workstations at their start of their scheduled shift.

**Q:  Do incidents of tardiness count against my attendance?**
**A:**  You do not earn attendance points for incidents of tardiness (under one hour) because tardiness (under one hour) is classified as being out of

adherence.  <u>However, if excessive tardiness is an issue it may result in disciplinary action up to and including termination.</u>

**Q:  What is an unscheduled absence?**
A:  Unscheduled absences that do not meet the definition of sick time are considered "other unscheduled absences."  All full-time employees are eligible for sick time.  Sick time may be utilized if the employee is personally ill or if they need to care for a spouse or child who is ill.  Any employee who has exhausted all of their available sick time may be subject to disciplinary action following additional absences.

**Q:  What is an occurrence?**
A:  A tardy of one (1) hour or more;  unscheduled absence; or leaving your shift early.

**Q:  What is a no call/no show (NC/NS)?**
A:  A NC/NS is defined as not reporting to work as scheduled, including returning from lunch, and not contacting the company attendance line (502-333-7900) PRIOR to the start of their shift.

If an employee calls in stating they are going to be late and then something changes and they are unable to report to work as planned they are required to call back into the attendance line to notify us of their absence.  Failure to do so is considered a NC/NS.

**Q:  How does the attendance point system work?**
A:  Occurrences of unscheduled absences, or no call/no show are assigned the following points:
   Each unscheduled absence = 2 points
   No call/no show = 6 points

   4 points = verbal disciplinary action
   6 points = written disciplinary action
   8 points = final disciplinary action
   10 points = termination

**Q:  Is disciplinary action for attendance progressive, meaning do I have to receive a verbal before a written, a written before a final, and so on?**

A: No, attendance disciplinary action is not progressive. It is based on the number of points that an employee has earned. For example, if I have no prior attendance points but have an incident of NC/NS, I will be placed on a written due to the number of points assigned (6).

**Q: How long do attendance disciplinary actions remain active?**
A: Attendance violations remain active one (1) year from the date they are issued

**Q: How do I earn attendance credits?**
A: For every 90 days that an employee goes without an occurrence of tardiness, unscheduled absence or NC/NS they earn a 2 point attendance credit.

**Q: How do attendance credits benefit me?**
A: If an employee finds themselves on disciplinary action for attendance violations, a credit will reduce their number of attendance points allowing them to reduce their risk of further disciplinary action. For example, if an employee is on a final as a result of accruing 8 attendance points and they receive a 90 day credit, their attendance points will reduce to 6 points. If another occurrence should take place the employee's points will go back up to 8. The credit benefited them in preventing termination. If they had not earned the credit their points would have accrued to 10 which is cause for termination.

**Q: Does medical documentation excuse an absence?**
A: No, medical documentation does not excuse an absence. However, it can benefit you. If you are out more than one day consecutively and you provide medical documentation upon your return the absences will be lumped as one (1) occurrence rather than each day counting as its own occurrence. <u>If an employee is out more than three (3) consecutive days due to illness/injury they must contact Human Resources or Cigna regarding FMLA.</u>

*Melissa Smith*
*Human Resources Manager*
*Consumer Solution Center - Louisville*

Consumer Solution Center – Louisville
*(office) 502-333-7847*
*(fax) 502-333-7815*