# Exhibit 62

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARREN BRASHER, *et al.* Individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GANNETT CO. INC., GANNETT SATELLITE INFORMATION NETWORK, LLC, and GCOE, LLC<br><br>    Defendants. | Case No. 3:19-cv-00296-JHM-RSE<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B)<br><br>CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## NOTICE OF COLLECTIVE ACTION LAWSUIT

TO:  All hourly call-center employees who have been employed by Gannett Co. Inc., Gannett Satellite Information Network, LLC, GCOE, LLC, and/or any other subsidiary of Gannett Co., Inc. anywhere in the United States, at any time from _____ through the final disposition of this matter. ("Putative Class Members").

RE:  Unpaid Back Wages and Overtime Lawsuit.

**DEADLINE TO FILE CONSENT FORM:** _____, 2019

### 1.  Why Are You Getting This Notice?

You received this Notice because the Court in charge of this lawsuit has ordered this Notice be sent to persons who are identified by Gannett Co., Inc., Gannett Satellite Information Network, LLC and/or GCOE, LLC ("Gannett") records as a current or former hourly employee (together, "Plaintiffs") who worked in one of Gannett's call centers.

The Court has allowed or "certified" a collective action lawsuit that may affect you. This notice is intended to advise you of how your rights under the Fair Labor Standards Act ("FLSA") may be affected by this lawsuit and describe how to participate in this lawsuit.

### 2.  What Is This Lawsuit About?

Plaintiffs Darren Brasher and Nicole Love filed this lawsuit on behalf of themselves and other current and former Gannett, alleging that Gannett failed to pay its hourly Call-Center Employees the correct

amount of overtime for all hours worked over forty (40) hours in a single workweek in violation of federal law.

An additional 90 current and former Call-Center Employees from have joined this lawsuit since it was filed.

Plaintiffs allege that Gannett caused them to perform work off of the clock because it did not pay them for the time it took to log-in and start their computers and necessary programs before beginning their shift or for the time it took them to log out of and shut down their computers at the end of their shift.

In addition to unpaid back wages and the correct amount of overtime, Plaintiffs are seeking liquidated (double) damages equal to their unpaid wages and overtime, attorneys' fees, and costs.

Gannett denies Plaintiffs' allegations. Gannett contends that the Plaintiffs have been, and continue to be, properly paid under the FLSA.

The Court has not decided who is right but has authorized this notice to inform you of your right to join this lawsuit.

### 3. Are You Eligible to Join This Lawsuit?

You are eligible to join this lawsuit if:

1. You were employed by Gannett Satellite Information Network, LLC, GCOE, LLC, and/or any other subsidiary of Gannett Co., Inc. at any time from three years prior to when you opt-in to this lawsuit to the present; and

2. You were not paid for the time it took you to get your computer and programs operational before beginning your scheduled shift; and/or

3. You were not paid for the time it took you to get your computer and programs shut down at the end of your scheduled shift.

### 4. What are Your Options?

If you meet the criteria for this lawsuit, you have a choice to assert your legal rights in this case if you desire to do so. However, you are not required to do so and may choose to take no action without consequence to you.

If you want to become a party to this case, you must read, sign, and return the attached Consent to Join Wage Claim form by _____, **2019**.

You may return your consent form by filling out the attached Consent form, mailing it to Plaintiffs' attorneys in team@a2xlaw.com.

### 5. Effect of Joining or Not Joining the Lawsuit.

If you submit a Consent to Join Wage Claim form, you will be part of the case. Therefore, if the Plaintiffs who filed this case win or settle the case, you may receive additional money from Gannett.

If the Plaintiffs who filed this case lose the case, you will receive nothing and will be bound by the decision, but you will not have to pay anything either.

If you decide to join the lawsuit, you may be required to answer written questions, appear for a deposition and/or testify at trial with regard to your claims against Gannett.

If you do not wish to be a part of the lawsuit, you do not need to do anything. The decision to join is entirely yours.

Because of the statute of limitations, eligible workers who do **_not_** join this litigation or choose to file their own separate claims, may lose their rights to recover overtime for work performed in the past for Gannett.

### 6. Gannett Cannot and Will Not Fire You for Joining This Lawsuit.

Many employees fear being terminated for making a wage claim. However, federal law prohibits Gannett from firing or in any other manner discriminating against you because you join this case.

This means Gannett is prohibited from firing you, demoting you, or cutting your pay because you participated in this case.

### 7. Your Legal Representation If You Join.

If you choose to join this suit you may choose to hire your own attorney or you may agree to be agree to be represented by Plaintiffs' attorneys.

Plaintiffs' attorneys in this case are Clif Alexander and Austin Anderson of the law firm ANDERSON ALEXANDER, PLLC, Robert DeRose and Jessica Doogan of the law firm BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PEIFER, LLP and Anne Gilday of the law firm THE LAWRENCE FIRM, PSC. Their contact information is listed below.

Plaintiffs' attorneys are advancing the expenses of the litigation. They are representing the Plaintiffs on a contingency fee basis. No current or former Gannett employee who opts in to the lawsuit will owe any attorneys' fees unless the Plaintiffs win the lawsuit.

Plaintiffs and their attorneys have agreed to a total attorney fee of forty percent (40%) of the unpaid overtime pay that Gannett employees are entitled to as a result of the lawsuit. This percentage will be reduced by any award of attorneys' fees received from the Court.

**In no event will any Employee who opts-in owe any fees or costs to the attorneys if no back wages or overtime is received.**

| 8. | How Can You Receive More Information? |

If you have any questions about the collective action, your rights or the claims being made in this lawsuit, you may contact the Plaintiffs' attorneys directly at:

**Clif Alexander or Austin Anderson**
**ANDERSON ALEXANDER, PLLC**
**819 N. Upper Broadway**
**Corpus Christi, Texas 78401**
**Telephone: (361) 452-1279**
**Fax: (361) 452-1284**
[team@a2xlaw.com](mailto:team@a2xlaw.com)

**Robert DeRose or Jessica Doogan**
**BARKAN MEIZLISH DEROSE**
**WENTZ MCINERNEY PEIFER, LLP**
**250 E. Broad Street, 10th Floor**
**Columbus, OH 43215**
**Telephone: (614) 221-4221**
**Fax: (614) 744-2300**

**Anne L. Gilday**
**THE LAWRENCE FIRM, PSC**
**606 Philadelphia Street**
**Covington, KY 41011**
**Telephone: (859) 578-9130**
**Fax: (859) 578-1032**

You should **not** contact Gannett or the Court to discuss this matter.

| 9. | You Have Sixty (60) Days to Join this Lawsuit. |

Your determination of whether or not to take action should be made promptly. Because the law only allows a person to recover up to three (3) years of back wages from the date the Consent to Join Wage Claim form is filed, time is of the essence in submitting this form if you wish to have the opportunity to make a full recovery.

All Consent forms must be filed no later than _____, 2019, which is sixty (60) days after this Notice was mailed to you. A Consent form is enclosed with a self-addressed stamped envelope.

## **CONSENT TO JOIN WAGE CLAIM AGAINST DEFENDANTS**

Court-imposed deadline for filing this consent form is _____, 2019.

Print Name: _____

     1.     I consent, agree, and opt-in to the lawsuit filed against Gannett Co. Inc., Gannett Satellite Information Network, LLC, and GCOE, LLC ("Gannett") titled *Brasher, et al., c. Gannett Co. Inc. et al.*, No. 3:19-cv-00296-JHM-RSE (W.D. Ky.) ("the Lawsuit"), to pursue my claims of unpaid back wages and overtime under the Fair Labor Standards Act ("FLSA") during the time that I was employed by Gannett.

     2.     I understand that the Lawsuit is brought under the FLSA, and I consent to be bound by the Court's decision.

     3.     I designate the attorneys at the law firms of ANDERSON ALEXANDER, PLLC, BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PEIFER, LLP, and THE LAWRENCE FIRM, PSC as my attorneys to prosecute my wage claims in the Lawsuit.

     4.     I consent to having the Representative Plaintiffs in the complaint against Gannett make all decisions regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement of this litigation, releasing of claims, entering into an agreement with Plaintiffs' Counsel regarding attorneys' fees and costs, and all other matters pertaining to this lawsuit.

     5.     If needed, I authorize the attorneys at the law firms of ANDERSON ALEXANDER, PLLC, BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PEIFER, LLP, and THE LAWRENCE FIRM, PSC to use this consent to re-file my claim in a separate lawsuit or arbitration against Gannett.

Signature: _____  Date: _____

**Please print or type the following information which will be kept confidential:**

_____  _____
Address  City/State/Zip

_____  _____
Home Telephone Number  Cell Phone Number

_____  _____
E-mail Address  Estimated Dates of Employment

_____  _____
Position(s) Held with Gannett  Location(s) Worked for Gannett

**RETURN THIS FORM BY MAIL, E-MAIL OR FAX TO:**

**Overtime Lawsuit Against Gannett**
**ANDERSON ALEXANDER, PLLC**
**819 N. Upper Broadway**
**Corpus Christi, Texas 78401**
**Telephone: (361) 452-1279**
**Fax: (361) 452-1284**
**team@a2xlaw.com**