# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| DARREN BRASHER, *et al.* Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GANNETT CO. INC., GANNETT SATELLITE INFORMATION NETWORK, LLC, and GCOE, LLC <br><br> Defendants. | Case No. 3:19-cv-00296-JHM-RSE <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(B) <br><br> CLASS ACTION PURSUANT TO FED. R. CIV. P. 23 |

## [PROPOSED] ORDER

The Court, having considered Plaintiff's Pre-Discovery Motion for Conditional Class Certification and Court-Supervised Notice to Putative Class Members Pursuant to 29 U.S.C. § 216(b) ("Motion") is of the opinion that the Motion should be **GRANTED** as set forth below. The Court ORDERS that a class is conditionally certified as follows: "**All hourly call-center employees who have been employed by Gannett Co. Inc., Gannett Satellite Information Network, LLC, GCOE, LLC, and/or any other subsidiary of Gannett Co., Inc. anywhere in the United States, at any time from January 21, 2016 through the final disposition of this matter.**"

The Court hereby approves the Notice and Consent form attached as Exhibit 62 to the Motion and further orders that the parties comply with the following deadlines and terms:

| DEADLINE | SUBJECT |
|---|---|
| **14 Days from Order Approving Notice to Putative Class Members** | Defendants to disclose the names, addresses, e-mail addresses, telephone numbers, dates of employment, and positions of employment in a usable electronic format.<br><br>In the event any mail is returned as undeliverable, Defendants are to provide Plaintiffs' counsel with the last four digits of the social security number for the Putative Class Member whose mail was returned. |
| **21 Days from Order Approving Notice to Putative Class Members** | Plaintiffs' counsel shall send by mail, e-mail, and text message the Court-approved Notice and Consent Form to the Putative Class Members.<br><br>Defendants shall post a copy of the Notice and Consent Form at all of its call centers. |
| **60 Days from Notice is Mailed to Putative Class Members** | The Putative Class Members shall have 60 days to return their signed Consent forms for filing with the Court.<br><br>Defendants may take down the posted Notice and Consent Form. |
| **30 Days from Notice is Mailed to Putative Class Members** | Plaintiffs' Counsel is authorized to send by mail, e-mail, and text message a second identical copy of the Notice/Consent Form to the Putative Class Members reminding them of the deadline for the submission of the Consent forms. |

The Court also ORDERS that Defendant is hereby prohibited from communicating directly or indirectly, with any Plaintiffs or Putative Class Members about any matters which touch or concern the outstanding wage claims, or other matters related to this suit, during the pendency of this lawsuit.

Defendant shall instruct all of its managers of the requirements of this Order. This Order shall not restrict Defendant from discussing with any Plaintiffs or Putative Class Members matters that arise in the normal course of business. Defendant is further prohibited from directing, permitting, or undertaking, either directly or through any employee, agent, or other intermediary, activities that intimidate, threaten, restrain, harass, coerce, or in any manner discriminate against Plaintiffs, Putative Class Members, witnesses, potential witnesses, or their respective family members.

**SO ORDERED.**

SIGNED on this _____ day of _____, 2019.

_____
HON. JOSEPH H. McKINLEY, JR.
UNITED STATES DISTRICT JUDGE