# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| DARREN BRASHER, *et al.* Individually and on behalf of all others similarly situated, | : : : : Case No. 3:19-CV-00296-BJB-RSE |
| Plaintiffs, | : : : Magistrate Judge Regina S. Edwards |
| v. | : : |
| GANNETT CO. INC., GANNETT SATELLITE INFORMATION NETWORK, LLC, and GCOE, LLC | : : : |
| Defendants. | |

## DECLARATION OF ROBERT E. DEROSE

I, Robert E. DeRose, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following facts are true and correct:

1. I make this declaration in support of the Parties' Joint Motion for Settlement Approval, and in support of the attorney fees and costs incurred to date in representing Plaintiffs in this matter.

2. I am a partner at the law firm of Barkan Meizlish DeRose Wentz McInerney Peifer, LLP, ("Barkan Meizlish, LLP" or the "Firm") which represents Plaintiff in the above-captioned matter.

3. I have represented employees and consumers in class and collective action lawsuits for more than fifteen years. Barkan Meizlish, LLP has handled numerous cases on behalf of employees and injured persons throughout the country, including a significant number of FLSA collective action cases on behalf of workers. The lawyers of Barkan Meizlish, LLP have recovered tens of millions of dollars in these cases on behalf of our clients. These cases are expensive to

1

pursue and require a tremendous amount of time and resources. As a result, this practice is inherently risky, since the firms are only paid attorneys' fees and expenses if a positive result is obtained on behalf of the clients. In this case in particular, the Plaintiffs and Counsel agreed to a 40% contingency fee.

4. It is Barkan Meizlish, LLP's practice to maintain detailed and contemporaneous records of all billable casework performed by attorneys and staff.[1]

5. Barkan Meizlish, LLP attorneys, particularly Jessica R. Doogan and I, along with several staff members, spent approximately **20.53** hours on this matter, and efforts were made to ensure there was no duplicative work. Barkan Meizlish, LLP's lodestar in this matter is **$7,040.20.**

| Name | Title | Total Hours |
| --- | --- | --- |
| Robert E. DeRose | Partner | 5.57 |
| Jessica R. Doogan | Associate | 4.26 |
|  | Paralegals | 10.70 |
|  | **TOTAL** | **20.53** |

6. Barkan Meizlish, LLP can trace its roots to 1948, when Irwin W. ("I.W.") Barkan started practicing workers' compensation law in Columbus, Ohio. The history of the present-day firm started in 1957 with the formation of the Barkan & Barkan partnership comprised of I.W. and his cousin, Irving Barkan. Barkan Meizlish Handelman Goodin DeRose Wentz, LLP, with offices in Ohio, Florida, and Pennsylvania is a unique plaintiffs' practice. For over fifty years, the Firm has fulfilled its commitment to provide quality legal services to working people, focused on union side labor law, wage and hour/overtime litigation, consumer litigation, worker's compensation, Social Security disability, and personal injury/medical malpractice.

7. Barkan Meizlish, LLP has been ranked as a Best Law Firm by U.S. News & World Report since 2010. Barkan Meizlish, LLP received a First Tier ranking on the Best Law Firms list

---

[1] Detailed time records can be made available for the Court's in camera inspection should it so require.

in Columbus for Litigation-Labor and Employment by US News-Best Lawyers since 2013. Our law firm and individual firm members appear on lists of the best law firms and attorneys in the nation.

8. Through Barkan Meizlish, LLP's representation of labor unions, individual employees, the injured and disabled, we protect the rights of working people on and off the job. The firm skillfully represents our clients' interests in federal and state court, before federal and state administrative agencies, at the collective bargaining table, and in state legislatures and Congress.

9. In addition to handling individual cases, Barkan Meizlish, LLP currently is or has recently been lead or co-counsel in more than 20 complex class or collective actions in state and federal courts across the country, many of which have been certified as collective or class actions. The Firm has been appointed class counsel or served as counsel for a FLSA collective in hundreds of class and collective actions throughout its years of practice. The Firm Profile is attached as **Ex. 1.**

10. In addition to the significant monetary recoveries Barkan Meizlish, LLP has obtained for its clients, Barkan Meizlish, LLP wage-and-hour litigation has also resulted in significant developments in the law. For example, the *Smith* case was the first decision to adopt the idea of representative discovery in FLSA collective actions. *Smith v. Lowes Home Ctrs.*, 236 F.R.D. 354, 357-58 (S.D. Ohio 2006). In *Lewis, et al. v. Huntington National Bank,* Case No. C2–11–CV–0058, 838 F.Supp.2d 703 (S.D. Ohio 2012), Barkan Meizlish, LLP represented mortgage loan officers which resulted in the first decision that upheld the DOL's 2010-1 Administrative Interpretation. In *Hughes et al v. Gulf Interstate Field Services, Inc*. 878 F.3d 183 (6th Cir. 2017), Barkan Meizlish, LLP represented pipe-line construction workers paid a salary calculated on a

"day rate" basis. The Sixth Circuit reversed the lower court by finding that a "day rate" could be constituted a guaranteed weekly salary.

11.     Legal fees for Barkan Meizlish, LLP have been regularly approved by Sixth Circuit district courts in similar and more complex cases. *See, e.g. Sniffen v. Spectrum Indus. Servs.* Barkan Meizlish, LLP has been appointed class counsel in numerous federal courts in wage/overtime cases. *See, e.g. Cox, et al., v. Healthcare Services Group, Inc*. 3:13-cv-00293-JZ (Doc. Entry No. 130) (N. D. OH November 17, 2014); *Lewis et al., v. Huntington National Bank, Inc.,* 2:11-cv-00058-ALM-TPK (Doc. Entry No. 151) (S.D. OH May 30, 2013); *Konnagan, et al,. v. Koch Foods of Cincinnati, LLC*, 1:10-cv-00774-MRB (Doc. Entry No. 81) (S.D. OH December 16, 2011); and, *Weatherly et al., v. Michael Foods, Inc, et al*. 8:08-cv-00153-JFB-TDT (Doc. Entry No. 69) (Dist. Neb. April 15, 2009). Several federal courts have issued opinions commenting on Barkan Meizlish, LLP's work in wage/overtime lawsuits. *See, Kritzer, et al., v. Safelite Solutions, LLC, et al*., 2:10-cv-00729-GLF-NMK (Doc. Entry No. 114) (S.D. OH May 30, 2012) ("The Court is also aware that counsel of the Plaintiff class has considerable experience litigating wage and overtime class actions. Plaintiffs' counsel has also pursued vigorously the claims in this action, further demonstrating adequate representation of not only the class representatives but the class as a whole."); *Lewis v. Huntington National Bank*, (Opining that Barkan Meizlish, LLP are "skilled trial attorneys with experience litigating" wage and overtime cases.); *Heibel, et al., v. U.S. Bank National Assoc*., 2:11-cv-00593 (Doc. # 164) ( S.D. OH May 21, 2014) ("This Court finds that the Class has at all times been adequately represented by the Class Representatives and Class Counsel.") *Craig v. Rite Aid Corp*., 2013 U.S. Dist. LEXIS 2658, *45 (M.D. Pa. Jan 7, 2013) (observing that Barkan Meizlish, LLP and its co-counsel "are experienced wage and hour class action litigators with decades of accomplished complex class action between them and that the Class Members have benefitted tremendously from able counsel's representation").

12. I was admitted to practice in 1991. I received a B.A. from Washington & Jefferson College and a J.D. from University of Dayton School of Law. I am a member of the bar in the State of Ohio and the Commonwealth of Pennsylvania. I am admitted to practice in the following federal district courts: District of Colorado, Northern District of Ohio, Southern District of Ohio, Eastern District of Pennsylvania, Middle District of Pennsylvania, the Western District of Pennsylvania, the District Court of Colorado and the District Court of Maryland. I am also admitted to practice in the Third, Fourth and Sixth Circuit Courts of Appeals and United States Supreme Court. I have tried several cases to verdict. I have represented loan officers in litigation to recover overtime pay in at least four (4) different cases. I frequently speak at conferences regarding the FLSA and class and collective litigation. Within the past few years, I have given speeches at meetings of the American Association for Justice, the Workplace Injury Law and Advocacy Group, the Ohio Association for Justice, and the Ohio AFL-CIO. I sit on the board of the Ohio Legal Assistance Foundation, the University of Dayton School of Law Alumni Foundation, and the Diane Crawford Cervical Cancer Foundation. My bio and profile are attached as **Ex. 2**.

13. Many attorneys and staff members worked on this case at various points due to turnover, complexity of the case and not duplicative work or overstaffing. Several staff members, including paralegals worked on this file. As explained more fully below, the work of these employees was integral to the success of the case.

14. Plaintiffs' Counsel took this case on a contingency basis only. We have not been compensated for any time or expense since the litigation began, but we were prepared to invest our time and resources with the very real possibility of an unsuccessful outcome and no fee of any kind.

15. To date, Barkan Meizlish, LLP incurred a total of **$5,648.50** in costs and expenses in connection with this litigation.

16. Prior to filing this suit, myself and my staff spent significant time speaking with our fellow counsel with Anderson Alexander, PLLC about the facts of this case and to determine whether Defendants violated the FLSA. We did not take this decision lightly as the expenses associated with commencing a suit such as this are expensive.

17. This lawsuit was filed by Plaintiffs on January 21, 2019. We responded to written discovery and presented Plaintiff Nicole Love for her deposition. The Court granted Plaintiffs' Motion to Conditionally Certify Collective Action and Court-Authorized Notice on January 22, 2021. Both parties jointly filed Motion to Stay Proceedings Pending Mediation on March 5, 2021. The Court granted this motion on March 8, 2021. Both parties jointly filed Notice of Settlement on May 1, 2021. During informal discovery, we exchanged relevant information pertinent to the class and created a detailed damage model based on that information.

18. Before the conclusion of discovery, the parties met for their second voluntary mediation on April 28, 2021. The parties engaged in extensive day long negotiations. With the mediator's, Dennis Clifford's, assistance the parties found a mutually agreeable settlement.

19. If this case was not contemporaneously settled, there would undoubtedly be extensive future work to come, including dispositive motions, depositions, associated discovery disputes including possible subpoenas to a substantial number of third-parties, questions regarding applicability of the FLSA, good faith, willfulness, decertification, pretrial motions, trial, and potential appellate issues.

20. Named Plaintiff Love agrees that the offer from Defendants was in the best interest of the Plaintiffs. Furthermore, I believe that the settlement is in the best interest of all Plaintiffs as well.

21. Nicole Love expended much time and effort from the beginning of this lawsuit as Named Plaintiff and class representatives and the agreed settlement contemplates compensation of $5,000.00 for her services.  Named Plaintiff Love responded to written discovery, provided deposition testimony under oath, and executed a general release of her claims against Defendants. She was also willing to affix her name to the lawsuit to vindicate the rights of her fellow class members.

22. Attached hereto are true and correct copies of the following exhibits:

    Exhibit 1:    Barkan Meizlish, LLP's Firm Resume.

    Exhibit 2:    Profile and Bio of Robert E. DeRose.

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C. § 1746, THAT THE ABOVE FACTS ARE TRUE AND CORRECT.**

June 4, 2021

_____                              _____
Date                                                                               Robert E. DeRose

# Exhibit 1

# Our Firm

The law firm of Barkan Meizlish, LLP is over sixty years old, with a national practice, focused on Union Side labor law, wage and hour/overtime litigation, Ohio workers' compensation, Social Security Disability, and personal injury/medical malpractice. Our law firm and individual law firm members appear on lists of the best law firms and attorneys in the nation.

Through our representation of labor unions, individual employees, the injured and the disabled, we protect the rights of working people on and off the job. The firm skillfully represents our clients' interests in federal and state court, before federal and state administrative agencies, at the collective bargaining table, and in state legislatures and the United States Congress. The attorneys and professional staff of Barkan Meizlish, LLP are fully committed to securing justice for all of our clients. Our results speak for themselves.

Our Union Side labor law attorneys represent a wide array of labor unions at the local and national level. We negotiate collective bargaining agreements on behalf of unions in a variety of industries, including aviation, ground transportation, manufacturing, health care and the public sector. We enforce those contracts in arbitration and federal and state court and assist our union clients with organizing, communications, membership education, legislation and regulatory compliance.

The firm's national wage and hour/overtime practice is dedicated to the fundamental principle that working people should be properly paid for all of their labor. We represent employees in individual and class action litigation. Our attorneys have recovered wages for tens of thousands of employees who have been unlawfully denied their right to overtime pay. We have further committed ourselves to the effort to reform federal and state law so that employees received the wages they are owed and violators are held accountable.

Our firm's workers' compensation practice has successfully assisted tens of thousands of injured employees, in recovering workers' compensation benefits. Workplace related injuries and illnesses could have a devastating consequence for an employee. Our workers' compensation attorneys represent clients throughout the entire litigation process and work with other highly-skilled workers' compensation attorneys in all fifty states.

We manage one of the largest and most successful Social Security Disability Insurance practices in the United States. A disability may permanently prevent an individual from performing any work. Our Social Security attorneys have won disability awards for tens of thousands of clients and have been recognized for their professionalism and compassion by their fellow practitioners across the nation.

Barkan Meizlish, LLP represents individuals in serious personal injury and medical malpractice cases. Our trial attorneys have been handling complex torts for decades. Despite changes in the law that have made it more difficult for victims to obtain the compensation to which they are entitled, our attorneys continue to succeed in obtaining judgments and compensation for those who have been injured by the negligence of others.

# Exhibit 2

Case 3:19-cv-00296-BJB-RSE Document 136-3 Filed 06/04/21 Page 10 of 13 PageID #: 1139



# Bob DeRose

## Managing Partner

📞 Phone : 614-221-4221

✉ Email : bderose@barkanmeizlish.com

📍 Columbus Office
250 E. Broad Street, 10th Floor
Columbus, OH 43215







Bob DeRose is the Managing Partner at Barkan Meizlish, LLP. He practice consists of wage and hour/overtime issues, employment issues and complex litigation.

Mr. DeRose has dedicated his time and practice to pursuing the rights of workers, as displayed by serving on the executive committee of the Columbus Jobs with Justice and was formerly the President of the Greater Columbus Workers Rights Board. He has also served on the National Board of Directors for Interfaith Worker Justice, based in Chicago.

Bob is also the former president of the Workers Injury Law and Advocacy Group (WILG), which is a national organization of lawyers based in Washington, D.C. committed to representing workers and their families. Further, he was formerly the president of the Ohio Association for Justice and a member of the American Association for Justice (AAJ) and participates in the AAJ Leaders Forum.

Mr. DeRose is a co-author of 2005-2006 Ohio Workers Compensation Law, a Practice Guide, which is used by many of his colleagues in their Ohio Workers Compensation practices. His success is displayed throughout his many achievements and awards.

## Honors & Community Involvement

**2014 – Recipient of OAJ's President Award**

**2012 – Recipient of OAJ's Distinguished Service Award**

**2010-2019 – Named to the Best Lawyers in America by U.S. News and World Report**

**2009 – Recipient of WILG's President's Award**

**2009 – Named the Ohio Democrat of the Year by the state Ohio Democratic Party**

**2007-2015 – Named a Top 100 Trial Lawyer in Ohio by the National Trial Lawyers Association**

**2005-2019 – Named an Ohio Super Lawyer by Columbus Monthly**

## Areas of Practice

**FLSA/ Wage & Hour Issues**

## Education

**Economics, Washington and Jefferson College, 1988**

**Law Degree, University of Dayton School of Law, 1991**

## Bar & Admissions

**United States Supreme Court**
**Ohio Supreme Court**
**Common Wealth Court of Pennsylvania**

**United States District Court of Colorado**

**United States District Court of Maryland**

**United States District Court Southern District of Ohio**
**United States District Court Northern District of Ohio**

**United States District Court Eastern District of PA**
**United States District Court Middle District of PA**
**United States District Court Western District of PA**

United States Court of Appeals Third Circuit
United States Court of Appeals Fourth Circuit
United States Court of Appeals Sixth Circuit
United States Court of Appeals Tenth Circuit

### Professional Associations

AFL-CIO Lawyers Coordinating Committee

American Association for Justice

Ohio Association for Justice

Workplace Law & Advocacy Group

Central Ohio Association for Justice

Ohio State Bar Association

National Employment Lawyers Association