## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| NICOLE LOVE,<br>Individually and on<br>behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>GANNETT CO. INC., GANNETT<br>SATELLITE INFORMATION NETWORK,<br>LLC, and GCOE, LLC<br><br>          Defendants. | Case No. 3:19-cv-00296-BJB-RSE<br><br>COLLECTIVE ACTION PURSUANT<br>TO 29 U.S.C. § 216(B) |

## [PROPOSED] ORDER APPROVING SETTLEMENT AND DISMISSAL OF LAWSUIT WITH PREJUDICE

After a review of the Plaintiff's Unopposed Motion for Approval of Settlement, the Declarations of Plaintiffs' Counsel, and the Settlement Agreement, along with all exhibits thereto, the Court is satisfied that the settlement reached is a "fair and reasonable resolution of a bona fide dispute" under the Fair Labor Standards Act. *See, e.g.*, *Dillworth et. al. v. Case Farms Processing, Inc.*, No. 5:08-cv-1694, 2010 WL 776933, at *9 (N.D. Ohio Mar. 8, 2010); *see also Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); 29 U.S.C. § 216.

ACCORDINGLY, it is hereby ORDERED AND ADJUDGED as follows:

1. The Settlement Agreement between Named Plaintiff Nicole Love ("Named Plaintiff Love"), on one hand, and Defendants Gannett Co., Inc., Gannett Satellite Information Network, LC, and GCOE, LLC ("Defendants"), on the other, is APPROVED.

2. The Court hereby DISMISSES THIS ACTION WITH PREJUDICE.

3. Without affecting the finality of this Order in any way, the Court retains continuing and exclusive jurisdiction over this action for the purpose of the administration and enforcement of the Settlement Agreement.

Dated: _____, 2021

                                          BENJAMIN BEATON
                                          United States District Judge