# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| NICOLE LOVE, individually and on behalf of those similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>GANNETT CO. INC., et al.,<br><br>              Defendants. | Case No. 3:19-cv-00296-BJB-RSE |

## DEFENDANTS' SUPPLEMENTAL FILING REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE

Pursuant to the Court's July 26, 2021 telephone conference, Defendants provide this Supplemental Filing Regarding Plaintiff's Unopposed Motion for Settlement Approval and Dismissal with Prejudice.

During the Court's July 26, 2021 telephone conference, the Court asked how the proposed settlement between the Parties would be affected by an alteration in the attorneys' fees award, i.e. would any reduction go to Defendants or to the potential members of the collective. The response to that question is that any reduction in the attorney's fee award would increase the Net Settlement Fund available to the potential members of the collective. The Settlement Agreement provides: "[t]he 'Net Settlement Fund' is the Gross Settlement Amount minus any court-approved service awards for the Named Plaintiff, costs of third-party administration, and attorney's fees and costs." ECF No. 136-1 at ¶ 7(a) (page 9).

Respectfully submitted,

/s/  *Linda C. Schoonmaker*
Linda C. Schoonmaker*
Texas Bar No. 17806300
Brian A. Wadsworth*
Texas Bar No. 24075231
SEYFARTH SHAW LLP
700 Milam St., Ste 1400
Houston, TX 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340
lschoonmaker@seyfarth.com
bawadsworth@seyfarth.com

*-and-*

Camille A. Olson*
Richard B. Lapp*
Andrew L. Scroggins*
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, IL  60606-6448
Telephone: (312) 460-0005
Facsimile:  (312) 460-7000
COlson@seyfarth.com
RLapp@seyfarth.com
AScroggins@seyfarth.com

**admitted pro hac vice*

*Counsel for Defendants Gannett Co. Inc., Gannett Satellite Information Network, LLC, and GCOE, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 26, 2021, she caused a true and correct copy of the foregoing DEFENDANTS' SUPPLEMENTAL FILING REGARDING PLAINTIFF'S UNOPPOSED MOTION FOR SETTLEMENT APPROVAL AND DISMISSAL WITH PREJUDICE to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all attorneys of record in this matter.

      /s/ Linda C. Schoonmaker
      Linda C. Schoonmaker