**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| NICOLE LOVE,<br>Individually and on<br>behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>GANNETT CO., INC., GANNETT<br>SATELLITE INFORMATION NETWORK,<br>LLC, and GCOE, LLC<br><br>        Defendants. | Case No. 3:19-cv-00296-BJB-RSE<br><br><br>COLLECTIVE ACTION PURSUANT<br>TO 29 U.S.C. § 216(B) |

## **NOTICE OF SETTLEMENT**

TO:    Current or Former Employees of Gannett Co., Inc., Gannett Satellite Information Network, LLC, and/or GCOE, LLC (collectively "Defendants" or "Gannett").

      You are receiving this notice because you previously joined this lawsuit or you worked in one of the eligible positions involved in the settlement of this lawsuit (hourly call-center employees) at Gannett Co., Inc., Gannett Satellite Information Network, LLC, and/or GCOE, LLC between September 16, 2016, and September 24, 2021. The lawsuit involved a claim that individuals in these positions worked more than 40 hours per week and should have received overtime pay for alleged "off-the-clock" work. Defendants deny any liability or wrongdoing, or that these individuals were entitled to overtime pay. The parties have agreed to settle this litigation, and the Court has approved the settlement. This notice describes what you must do if you choose to receive compensation as a result of this settlement.

      Enclosed with this notice is an Opt-In Form and Release Agreement that includes (1) the settlement amount that you may be paid pursuant to the settlement agreement reached by the parties, and (2) an incorporated waiver and release of any wage and hour-related claims that you may have against Defendants. In order to receive the amount identified in the Opt-In Form and Release Agreement, you ***must***:

1.    Review the Opt-In Form and Release Agreement carefully;

2.    Sign and date the Opt-In Form and Release Agreement; and

3.    Mail, e-mail, or fax, the completed Opt-In Form and Release Agreement to the following address within 60 days of the notice date below:

Love v. Gannett Claims Administrator  
c/o Rust Consulting Inc – 7450  
PO Box 54  
Minneapolis, MN 55440-0054  
E-mail: team@a2xlaw.com  
Fax: (361) 452-1284

If you fail to mail and postmark the enclosed Opt-In Form and Release Agreement within 60 days of the date of this notice, by **[Postmark Date], 2021**, your settlement funds cannot be released to you by the claims administrator. However, you will not release your claims against Defendant, either.

NOTICE DATE: _____

**Error! Unknown document property name.**